IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| IAN HARRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 112-137 |
| | ) | |
| CARL CLOVIS BROWN, JR., Judge of Superior Court in Richmond County, Georgia, | ) ) ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's petition for a writ of mandamus is **DISMISSED** (doc. no. 1), his motion to proceed *in forma pauperis* is deemed **MOOT** (doc. no. 2), and this civil action is **CLOSED**.

SO ORDERED this 13th day of November, 2012, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA